# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: <br><br> **DAVID W. LEACH,** <br><br> Debtor. | **Chapter 7** <br><br> **Case No. 15-55938** <br><br> **Honorable John E. Hoffman** |
| **BRENT STUBBINS, CASE TRUSTEE** <br><br> Plaintiff, <br><br> vs. <br><br> **RIDGE PARTNERS, LLC** <br> **f/k/a RIDGE PARTNERS FINANCIAL GROUP LTD.** <br><br> **RIDGE PARTNERS DOMINICANA (NORTE) S.A.** <br> **a/k/a RIDGE PARTNERS** <br><br> Defendants. | **Adv. Pro. No. 16-02138** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS RIDGE PARTNERS LLC AND RIDGE PARTNERS DOMINICANA (NORTE) S.A.**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendants Ridge Partners LLC and Ridge Partners Dominicana (Norte) S.A., through undersigned counsel, state that neither corporation has a parent corporation and that no publicly held corporation owns 10% or more of their stock.

[*Signature page follows*.]

Dated: December 15, 2016                    Respectfully submitted,

**Frost Brown Todd LLC**

*/s/ Ronald E. Gold*
Ronald E. Gold, Esq. (Ohio Bar No. 0061351)
A.J. Webb, Esq. (Ohio Bar No. 0093655)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com
       awebb@fbtlaw.com

**COUNSEL TO DEFENDANTS**
**RIDGE PARTNERS, LLC AND**
**RIDGE PARTNERS DOMINICANA (NORTE) S.A.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Corporate Disclosure Statement of Defendants Ridge Partners LLC and Ridge Partners Dominicana (Norte) S.A.* was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

*/s/ Ronald E. Gold*
Ronald E. Gold, Esq.

EN00746.Public-00746  4826-2014-5726v1